# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARIA SALAZAR,

          Plaintiff,

-vs-                              Case No. 6:08-cv-2181-Orl-28GJK

DIAMOND CONTRACT SERVICES, INC.,

          Defendant.

## ORDER

This case is before the Court on Motion for Order on Joint Motion to Approve Settlement (Doc. No. 19) filed December 8, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 7, 2010 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Order on Joint Motion to Approve Settlement (Doc. No. 19) is **GRANTED**.

    3.    The Court finds that the Settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions and is approved..

    4.    This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28__ day of January, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party